IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAILYNN CLARK, | CIVIL DIVISION |
| Plaintiff, | Case No. 2:23-cv-00083 |
| v. | |
| KEYSOURCE EDUCATIONAL STAFFING, LLC and KISKI AREA SCHOOL DISTRICT, | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

The plaintiff and the defendants, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

/s/ Michael J. Bruzzese
220 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Counsel for the plaintiff

/s/ Ronald N. Repak
Dillon McCandless King Coulter & Graham, LLP
313 West High Street, Suite 209
Edensburg, PA 15931
Counsel for the defendant Kiski Area School District

/s/ Thomas E. Breth
Dillon McCandless King Coulter & Graham, LLP
128 West Cunningham Street
Butler, PA 16001
Counsel for the defendant KeySource Educational Staffing, LLC

**ORDER**

AND NOW, this 5th day of June 2023, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

Lisa Pupo Lenihan
United States Magistrate Judge